# UNITED STATES DISTRICT COURT

for the

_____Western_____ District of _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 5 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brian Darrell Hunt | ) | Case No: 4:04CR70129-001 |
| | ) | USM No: 10847-084 |
| Date of Previous Judgment: August 19, 2005 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____292_____ months **is reduced to** _____188 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 33 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 292 to 360* months | Amended Guideline Range: | 188 to 235 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

The Probation Office reports that there was error in the original range, and that the correct original range should have been 235-293 months, based on criminal history category IV. The new sentence is consistent with the amended guidelines range.

Except as provided above, all provisions of the judgment dated _____8/19/2005_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: **3-15-08**

Effective Date: ~~3/3/08~~ **4-7-08**
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title